UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRE RODRIGUES,

    Plaintiff,

v.                                          Case No. 6:13-cv-986-ORL-37TBS

WINTER PARK GRANITE & MARBLE, LLC,

    Defendant.
_____/

## ORDER

The parties to this Fair Labor Standards Act case are requesting an extension of time to November 20, 2013 within to comply with the Court's Scheduling Order (Doc. 10). As grounds, they say they hope to settle this controversy before November 20. The parties' Joint Motion for Extension of Time (Doc. 14) is GRANTED. They have through November 20, 2013 to comply with the Scheduling Order.

DONE AND ORDERED in Orlando, Florida, on November 1, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel